AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-mj-00243 |
| DENAJA HALL | ) | Assigned to: Judge Faruqui, Zia M. |
| | ) | Assign Date: 8/5/2024 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DENAJA HALL,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 2251(d) (Advertisement of Child Pornography)
18 U.S.C § 2251(a) (Attempted Sexual Exploitation of a Child)

Date: 08/05/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8/5/2024, and the person was arrested on *(date)* 8/6/2024
at *(city and state)* 8/6/2024 Milwaukee, WI

Date: 8/6/2024

*Arresting officer's signature*

Heather Weibel Special Agent
*Printed name and title*

Edited by USMS D/DC JA Jennifer Menendez-Rosario