UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in April 11, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | VIOLATIONS: |
| DENAJA HALL, | : | 18 U.S.C. §§ 2251(d) and (e) |
| Defendant. | : | (Notice and Advertisement of Child Pornography and Attempted Notice and Advertisement of Child Pornography) |
| | : | 21 U.S.C. § 853(p), 18 U.S.C. § 2253 (Forfeiture Allegation) |

## INDICTMENT

The Grand Jury Charges that:

### COUNT ONE

On or about August 5, 2024, in the District of Columbia and elsewhere, the defendant, **DENAJA HALL**, knowingly made, printed, and published and caused to be made, printed, and published, a notice and advertisement, seeking and offering to receive, exchange, buy, display, produce, reproduce and distribute any visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such visual depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means and facility of interstate and foreign commerce, or in or affecting interstate and foreign commerce by any means, including by computer, and such notice and advertisement was transported using any means and facility of interstate and foreign commerce or in or affecting interstate and foreign commerce by any means,

including by computer, and attempted to do so.

**(Notice and Advertisement of Child Pornography and Attempted Notice and Advertisement of Child Pornography**, in violation of Title 18, United States Code, Sections 2251(d) and (e)

## FORFEITURE ALLEGATIONS

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, **DENAJA HALL,** shall forfeit to the United States: (1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, pursuant to Title 18, United States Code, Section 2253.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission by the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or so to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property that cannot be divided without difficulty

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853(p))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/JJI*
Attorney of the United States in
and for the District of Columbia.