# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 24-CR-410 (JEB)** |
| | : | |
| **DENAJA HALL,** | : | |
| **Defendant.** | : | |

## CONSENT MOTION TO DISMISS WITHOUT PREJUDICE

The United States respectfully moves the Court to dismiss the indictment in the above-referenced case. After further review, the United States, in the exercise of its discretion, has determined that this matter should be dismissed without prejudice. The government has consulted with the defense in this matter, and the defense has indicated that it consents to the filing of this motion.

WHEREFORE, the United States respectfully requests that this matter be dismissed without prejudice.

By: */s/ Caroline Burrell*
Caroline Burrell
Assistant United States Attorney
CA Bar No. 283687
U.S. Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL NO. 24-CR-410 (JEB)** |
| | : | |
| **DENAJA HALL,** | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the consent motion to dismiss in this case, it is hereby:

**ORDERED** that the indictment be and hereby is dismissed without prejudice.

_____

THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT JUDGE